

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 16, 2024

**VIA ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Raymond Nunez*, 24 Cr. 477 (JHR)

Dear Judge Rearden:

    In advance of the December 17, 2024 sentencing in this matter, the Government respectfully submits this letter to update the Court with respect to sentences that have been imposed in related cases since the filing of the Government's sentencing letter. An updated version of Exhibit A to the Government's submission is attached hereto.[1]

                          Respectfully submitted,

                          EDWARD Y. KIM
                          Acting United States Attorney

                     by:       /s/
                          Jerry J. Fang
                          Assistant United States Attorney
                          (212) 637-2584

cc:    Defense Counsel (by ECF)

---

[1] Exhibit A does not include the small number of cases in which the Government has agreed to a misdemeanor disposition.